JIM TRIPPETT v. THE STATE.

PRACTICE IN THE COUNTY COURT. — In the trial of a misdemeanor case, the judge of the County Court is not required to charge the jury except upon the request of either party, and even then he can give a verbal charge only by the consent of the parties.

APPEAL from the County Court of Waller. Tried below before the Hon. W. S. WRIGHT, County Judge.

The appellant was found guilty of an aggravated assault and battery, and his punishment assessed at a fine of $100 and six months' confinement in the penitentiary. .

*A. J. Harvey* and *H. M. Brocone*, for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

ECTOR, P. J. There is only one question which we deem it necessary to notice in this opinion, and that is presented in a bill of exceptions and in defendant's motion for new trial. The court delivered to the jury a verbal charge, without the consent of the defendant, to which he excepted at the time. This was error, for which the judgment must be reversed and the cause remanded.

*Reversed and remanded.*